In the Matter of the Claim of MARIE PENDL, Respondent, against ARTHUR HAENEL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Motion for leaave to appeal to the Court of Appeals denied.

In the Matter of the Claim of HULDA LAUBE, Respondent, against GARRETT M. VAN SICLEN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of NILO BALSAMO, Respondent, against COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant. DOMENICK ZARCONE and JAMES K. POTTER, Respondents. STATE INDUSTRIAL BOARD, Respondent.—Award against the Commercial Casualty Insurance Company reversed and the case remitted for further proof tending to show whether or not the employment in which the claimant was injured was incidental to the business being carried on by Zarcone and Potter, with costs to the appellant against the State Industrial Board to abide the event. All concur, except Hill, J., who dissents and votes to affirm the award against the employers and the insurance carrier.

In the Matter of the Claim of EDNA TALLMAN, Respondent, against COLONIAL AIR TRANSPORT, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. All concur, except Whitmyer, J., dissenting.

In the Matter of the Claim of BERTHA STEVENS, Respondent, against MUSIC INDUSTRIES CHAMBER OF COMMERCE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the accident did not arise out of and in the course of the employment. All concur.

In the Matter of the Claim of ELLA ROWITZ and Another, Respondents, against MONROE UNION OIL COMPANY, INC., and Another, Respondents. LONDON GUARANTEE & ACCIDENT COMPANY, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MABEL KRETCHMER and Others, Respondents, against MONROE UNION OIL COMPANY, INC., and Another, Respondents. LONDON GUARANTEE & ACCIDENT COMPANY, LTD., Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.